**CIV-110**

ATTORNEY OR PARTY WITHOUT ATTORNEY STATE BAR NUMBER:
NAME: Alanna Zabel
FIRM NAME:
STREET ADDRESS: 1528 16th St, A
CITY: Santa Monica STATE: CA ZIP CODE: 90404
TELEPHONE NO.: 310-913-1315 FAX NO.:
EMAIL ADDRESS: alanna@aziam.com
ATTORNEY FOR *(name)*:

*FOR COURT USE ONLY*

FILED
CLERK, U.S. DISTRICT COURT
1/14/2025
CENTRAL DISTRICT OF CALIFORNIA
BY RYO DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles**
STREET ADDRESS: 255 E Temple S
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles 90012
BRANCH NAME: Central District of California

PLAINTIFF/PETITIONER: Alanna Zabel
DEFENDANT/RESPONDENT: Wendy Lauren Sanchez

**REQUEST FOR DISMISSAL**

CASE NUMBER: 2:24-CV-10764-FLA

**A conformed copy will not be returned by the clerk unless a method of return is provided with the document.**

**This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)**

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) ☐ With prejudice (2) ☒ Without prejudice (3) ☐ Without prejudice and with the court retaining jurisdiction (Code Civ. Proc., § 664.6)
   b. (1) ☒ Complaint (2) ☐ Petition
   (3) ☐ Cross-complaint filed on *(date)*: by *(name)*:
   (4) ☐ Cross-complaint filed on *(date)*: by *(name)*:
   (5) ☐ Entire action of all parties and all causes of action
   (6) ☐ Other *(specify)**:
2. *(Complete in all cases except family law cases.)*
   The court ☒ did ☐ did not waive court fees and costs for a party in this case. *(This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed.)*

Date: 1/14/2025
Alanna Zabel
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☒ PARTY WITHOUT ATTORNEY) ▶ (SIGNATURE)

* If dismissal requested is of specified parties only, of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed

Attorney or party without attorney for
☐ Plaintiff/Petitioner ☐ Defendant/Respondent
☐ Cross-Complainant

3. TO THE CLERK: Consent to the above dismissal is hereby given.†
Date:

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY) ▶ (SIGNATURE)

† If item 1a(3) is checked, all parties must sign.
If a cross-complaint—or *Response—Marriage/Domestic Partnership* (form FL-120) seeking affirmative relief—is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581(i) or (j).

Attorney or party without attorney for
☐ Plaintiff/Petitioner ☐ Defendant/Respondent
☐ Cross-Complainant

☐ Check here and use form MC-025 or a separate page for additional signatures. Include date, printed name, and party information.

4. ☐ Dismissal entered as requested on *(date)*:
5. ☐ Dismissal entered on *(date)*: as to only *(name)*:
6. ☐ Dismissal **not entered** as requested for the following reasons *(specify)*:
7. a. ☐ Attorney or party without attorney notified on *(date)*:
   b. ☐ Attorney or party without attorney not notified. Filing party failed to provide
   ☐ a copy to be conformed ☐ means to return conformed copy

Date: Clerk, by ______________________, Deputy

| | | |
|---|---|---|
| PLAINTIFF/PETITIONER: | Alanna Zabel | CASE NUMBER: |
| DEFENDANT/RESPONDENT: | Wendy Lauren Sanchez | 2:24-CV-10764-FLA |

**COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS**

If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

## Declaration Concerning Waived Court Fees

1. The court waived court fees and costs in this action for *(name):* Alanna Zabel
2. The person named in item 1 is *(check one below)*
   a. [X] not recovering anything of value by this action.
   b. [ ] recovering less than $10,000 in value by this action.
   c. [ ] recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*
3. All court fees and court costs that were waived in this action have been paid to the court *(check one):* [ ] Yes [X] No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: 1/14/2025

Alanna Zabel

(TYPE OR PRINT NAME OF [ ] ATTORNEY [X] PARTY MAKING DECLARATION)

▶ [signature]

(SIGNATURE)