O 121 (Rev. 06/16)

| TO:                                                                                                      |                                                                                                                              |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| **DOCKET NO.** 2:24-cv-10764-FLA(SSCx) | **DATE FILED** 12/13/2024 | UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>255 E Temple St, Los Angeles, CA 90012 |

| PLAINTIFF<br>Alanna Zabel | DEFENDANT<br>Lauren Sanchez<br>Wendy |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 TX0009455913 | Dharma Kitty Goes to Mars | Alanna Zabel |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>X☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☒ No | DATE RENDERED<br>1/16/2025 |
|---|---|---|

| CLERK<br>Brian D. Karth | (BY) DEPUTY CLERK<br>L Chai | DATE<br>1/16/2025 |
|---|---|---|

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
X 3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Alanna Zabel
alanna@aziam.com

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ALANNA ZABEL,

      **PLAINTIFF**

        **vs**

WENDY (LAUREN) SANCHEZ,

      **DEFENDANT**

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:24-CV-10764-FLA

**AO-121**

**REPORT ON THE FILING ACTION REGARDING A COPYRIGHT**

Page 1 of 2                                    LEGAL COMPLAINT ZABEL VS SANCHEZ

# REPORT ON THE

## FILING ACTION REGARDING A COPYRIGHT

1. PLAINTIFF sincerely apologizes to the Court and all Parties for the delay in filing the attached AO-121. She was unable to access PACERS until 1/4/2025 due to a technical error.

2. Additionally, Plaintiff made attempts for physical mail to be forwarded while she was out of town for the Holiday season, however that mail was returned to the Court. A change of address form is being submitted today to be sure that all mail is received. Again, Plaintiff apologizes for these delays and missed communications.

3. Form AO-121 is attached herein, as requested. Plaintiff asks that this form be accepted even though it is 7 days past the 10-day deadline, due to the fact that she did not receive the physical or electronic notices.

4. A copy of the Copyright Registration is attached in Exhibit.

I declare under penalty of perjury that the above is accurate and true.

Dated: January 4, 2025                                         Respectfully submitted,

Alanna Zabel,

*Plaintiff, pro se*

Page 2 of 2                                                              AO 121

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT

```
Type of Work:        Text

Registration Number / Date:
                     TX0009455913 / 2024-12-05

Application Title: Dharma Kitty Goes To Mars.

Title:               Dharma Kitty Goes To Mars.

Description:         Electronic file (eService)

Copyright Claimant:
                     Alanna Zabel.

Date of Creation:    2022

Date of Publication:
                     2023-03-23

Nation of First Publication:
                     United States

Authorship on Application:
                     Alanna Zabel; Citizenship: United States. Authorship: text.
                     Alanna Zabel, employer for hire; Citizenship: United
                         States. Authorship: artwork.

Rights and Permissions:
                     Alanna Zabel, AZ I AM, Inc., 1528 16th St, Suite A, Santa
                         Monica, CA, 90404, United States, (424) 272-1013,
                         alanna@aziam.com

Copyright Note:      C.O. correspondence.

Names:               Zabel, Alanna
```

==============================================================================